

**U. S. Department of Justice**

Michael F. Easley, Jr.
United States Attorney
Eastern District of North Carolina

Wells Fargo Building
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601-1461

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: March 14, 2023

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: Timothy Severo
Assistant U.S. Attorney

SUBJECT: United States v. Corey Hyman
Docket No. 4:23-CR-18 - Eastern Division

The above-named defendant is being charged by Criminal Indictment with conspiracy to distribute and possess with the intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Section 846 and three counts of distribution of a quantity of cocaine, all in violation of Title 21, United States Code, Section 841(a)(1).

This case is related to United States v. Lamar Rouse, Case No. 4:22-CR-58-FL because the matters arise out of the same conspiracy or common scheme. Substantial duplication of labor would be caused if the cases were heard by different judges.

Reviewed and approved by:

MICHAEL F. EASLEY, JR.
United States Attorney